# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH L. SUMNER and, : | |
| RAY G. SUMNER, : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil Action No. |
| : | 7:08-CV-98-HL |
| BIOMET, INC., : | |
| : | |
|     Defendant. : | |
| : | |

## ORDER

Pending before the Court is Defendant's Motion for Clarification of Deadline For Filing Dispositive Motions (Doc. 46).  On June 4, 2009 the Court granted a Joint Motion to Amend the Scheduling and Discovery Order, which extended the date discovery must be completely to June 30, 2009.  Consistent with the practices of this Court, the corresponding deadline for the filing of dispositive motions was amended.  All dispositive motions shall be due August 14, 2009.

    **SO ORDERED**, this the 2nd day of July, 2009.

    *s/ Hugh Lawson*

    **HUGH LAWSON, Judge**

wjc