IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH L. SUMNER and RAY G. SUMNER, : : : | |
| Plaintiffs, : : | |
| v. : | Case No. 7:08-CV-98 (HL) |
| : | |
| BIOMET, INC., : : | |
| Defendant. : | |

**ORDER**

This matter is before the Court on the Motion to Compel the Production of Non-redacted Documents (Doc. 66) (the "Motion to Compel"), the Motion to Challenge the Defendant's Confidentiality Designation (Doc. 67) (the "Confidentiality Motion") and the Motion to Compel Entry Upon Land for Inspection and Other Purposes (Doc. 72) (the "Inspection Motion"), all filed by the Plaintiffs. The Court held a hearing to discuss these motions on March 1, 2010, and made the following rulings:

First, within ten days of the entry of this Order, the Defendant shall provide to the Plaintiffs un-redacted copies of the documents sought by the Plaintiffs in their Motion to Compel. These un-redacted documents shall be for inspection by the Plaintiffs and their counsel only. The Plaintiffs and their counsel cannot reveal the information previously redacted without order of this Court.

Second, within ten days after receipt of the un-redacted documents by the Plaintiff, the parties shall file briefs addressing the issue of the designation of those documents as confidential by the Defendant. In the briefs, the parties shall discuss the propriety of the confidentiality designation, as well as the timeliness of the challenge to the confidentiality designation.

Third, within thirty days of the entry of this Order, the Defendant shall make available for inspection in Indiana the devices that the Plaintiffs seek to inspect.

Finally, after the inspection of the devices has taken place, the Defendant shall notify this Court so that it can establish a date by which the Plaintiffs must respond to the Defendant's previously filed Motion for Summary Judgment (Doc. 41).

The Motion to Compel (Doc. 66) and the Inspection Motion (Doc. 72) are granted with instructions. The Court defers ruling on the Confidentiality Motion until the parties have filed their briefs as directed above.

**SO ORDERED**, this the 1st day of March, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch