IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH L. SUMNER and RAY G. SUMNER, | : : : |
| Plaintiffs, | : : |
| v. | :   Case No. 7:08-CV-98 (HL) : |
| BIOMET, INC., | : : |
| Defendant. | : |

## ORDER

This Court held a status conference via telephone on March 23, 2010, to discuss matters relating to discovery in this case. The Court issued the following rulings during the hearing:

First, the Plaintiff is to take its Rule 30(b)(6) deposition of the witness Defendant designates for this purpose not later than May 14, 2010. The Defendant is to designate its witness and to make this witness available for the deposition at Warsaw, Indiana.

Second, after the 30(b)(6) deposition, the Plaintiff must determine immediately which devices remain relevant to the case and therefore are to be inspected by the Plaintiff's expert witness in Houston, Texas. Within a week of the conclusion of the 30(b)(6) deposition and the designation of the subject devices, the Defendant is to deliver those devices to the Plaintiff's expert witness in Houston.

Third, when the Plaintiff's expert witness has concluded his inspection of the subject devices, he is to deliver those devices to the Defendant's expert witness in Atlanta, Georgia.

**SO ORDERED**, this the 23rd day of March, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch