**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ELIZABETH L. SUMNER and RAY G. SUMNER, | : : : |
| Plaintiffs, | : : |
| v. | : Case No. 7:08-CV-98 (HL) |
| BIOMET, INC., | : : : |
| Defendant. | : |

## ORDER

In a previous Order (Doc. 64), this Court granted an extension to the Plaintiffs to file their response to the Defendant's Motion for Summary Judgment (Doc. 51) until after the Plaintiffs had the opportunity to inspect certain devices and to depose the Defendant's 30(b)(6) witness. In two other Orders (Docs. 82 & 85), this Court established the deadlines for inspections and 30(b)(6) depositions. Those deadlines having passed, the Plaintiffs are instructed to file their response to the Defendant's Motion for Summary Judgment not later than June 23, 2010. Thereafter, the Defendant shall comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Georgia regarding the filing of its reply.

**SO ORDERED**, this the 8th day of June, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch