**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **ELIZABETH L. SUMNER and**<br>**RAY G. SUMNER,** | |
| Plaintiffs, | Civil Action No. 7:08-CV-98 (HL) |
| v. | |
| **BIOMET, INC.,** | |
| Defendant. | |

## ORDER

This Order memorializes the Court's rulings made during the telephone conference held on July 20, 2010.

1.      Dr. Rex McLellan shall provide a supplemental Rule 26 expert report with regard to his inspection of the approximately 30 devices manufactured by Defendant and the exemplar. This report must be provided to defense counsel no later than July 26, 2010.

2.      The deposition of Dr. McLellan will be held on July 29, 2010, in Houston, Texas. Defendant is not restricted to one seven-hour day for the deposition. Defendant may depose Dr. McLellan with regard to his supplemental Rule 26 report, his inspection of the other devices and the exemplar, and his affidavit filed in support of Plaintiffs' Response to Defendant's Motion for Summary Judgment.

3.      Defendant will have until August 12, 2010 to file its reply brief in support of its Motion for Summary Judgment.

4.    Plaintiffs' request for oral argument on the Motion for Summary

Judgment is denied.


**SO ORDERED**, this the 21st day of July, 2010.

_s/ Hugh Lawson_
**HUGH LAWSON, SENIOR JUDGE**

mbh