**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ELIZABETH L. SUMNER and RAY G. SUMNER, <br><br> Plaintiffs, <br><br> v. <br><br> BIOMET, INC., <br><br> Defendant. | Civil Action No. 7:08-CV-98 (HL) |

## ORDER

This case is before the Court on Plaintiffs' Motion for Reconsideration (Doc. 128) of the Court's Order (Doc. 126) granting Defendant's Motion for Summary Judgment and Defendant's Motion to Exclude the expert opinion of Dr. Rex McLellan.

"Motions for reconsideration should be granted only if: (1) there has been an intervening change in controlling law; (2) new evidence has been discovered; or (3) reconsideration is needed to correct clear error or prevent manifest injustice." Ctr. for Biological Diversity v. Hamilton, 385 F.Supp.2d 1330, 1337 (N.D. Ga. 2005). Plaintiffs contend that the Court made clear error in its decision to exclude Dr. McLellan's testimony and, in turn, grant summary judgment to Defendant.

The Court finds no reason to reconsider its previous order. Plaintiffs had ample opportunity to make the arguments contained in the Motion for Reconsideration in both their response to Defendant's Motion to Exclude and during oral argument on the Motion to Exclude. A motion for reconsideration is not the

proper place to rehash arguments or make arguments that could have or should have previously been raised. If the Court "got it wrong" as Plaintiffs contend, the Court is certain the Eleventh Circuit will gladly remand the case for further proceedings. Plaintiffs' Motion for Reconsideration (Doc. 128) is denied.

**SO ORDERED**, this the 30th day of December, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh